425 A.2d 844

Commonwealth v. Hogue, Appellant.

Submitted November 16, 1979. Norman A. Levine, for appellant; Paul W. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

425 A.2d 844

Commonwealth v. Jackson, Appellant.

Submitted September 15, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.